Michael A. Dias, SBN 183705
Alicia D. Wrest, SBN 272074
DIAS LAW FIRM, INC.
502 West Grangeville Boulevard
Hanford, California 93230
Telephone: (559) 585-7330
Facsimile: (559) 585-7335

ATTORNEYS FOR BECO DAIRY AUTOMATION, INC.

Peter F. Lindborg, Esq. SBN 150192
Irina J. Mazor, Esq. SBN 185144
Patricia I. Forman, Esq. SBN 245108
LINBORG & MAZOR, LLP
550 North Brand Boulevard, Suite 1830
Glendale, California 91203
Telephone: (818) 637-8325
Facsimile: (818) 637-8376

Attorneys for Defendant
GLOBAL TECH SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECO DAIRY AUTOMATION, INC., | Case No. 1:12-CV-1310-LJO-S-MS
*Hon. Sandra M. Snyder* |
| Plaintiff(s), | |
| v. | **ORDER FOR FILING STIPULATION TO AMEND THE CURRENT SCHEDULING CONFERENCE ORDER** |
| GLOBAL TECH SYSTEMS, INC., and DOES 1 to 50, | |
| Defendant. | |

Upon consideration of the Stipulation to Amend the Current Scheduling Conference Order submitted by the parties, the Court orders the following:

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Ella R. Floresca
Alicia D. Wrest
Jimmy J. Rodriguez

**ORDER**

IT IS ORDERED that there be an increase in the number of form interrogatories to 50 interrogatories per designated discovery area as follows:  1.) Interrogatories related to the Contracted Products agreement; 2.) Interrogatories related to the Cow ID technology agreement;  3.) Interrogatories related to Plaintiff's claims of fraud as alleged in the First Amended Complaint; 4.) Interrogatories related to Plaintiff's claims of interference as alleged in the First Amended Complaint; 5.) Interrogatories related to Defendant's claims of interference as alleged in Defendant's Counterclaim; 6.) Interrogatories related to Plaintiff's alleged dealings in the Ukraine as alleged in the Counterclaim; and 7.)  Interrogatories related to Defendant's patents as set forth in the Counterclaim.   All responses to interrogatories will be due 33 days after the interrogatories were propounded.  As to all other forms of discovery, the parties do not currently anticipate the need for any change from the statutorily imposed limits and procedures.

It IS FURTHER ORDERED that **August 16, 2013**, is the deadline for initial Expert Witness Disclosures, which is 60 days prior to the proposed discovery cutoff.

IT IS SO ORDERED.

Dated:   **March 12, 2013**             **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Ella R. Floresca
Alicia D. Wrest
Jimmy J. Rodriguez

ORDER FOR FILING OF STIPULATION TO AMEND THE CURRENT SCHEDULING CONFERENCE ORDER                                                                                        2