# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECO DAIRY AUTOMATION, INC., | CASE NO. 1:12-CV-01310-LJO-SMS |
| Plaintiff, | ORDER FOR FILING OF SECOND AMENDED COMPLAINT |
| v. | |
| GLOBAL TECH SYSTEMS, INC., et al., | (Doc. 25) |
| Defendants. | |

On March 11, 2013, the parties filed a stipulation for Plaintiff's filing a second amended complaint for damages and declaratory relief, including claims for (1) breach of written contract, (2) beach of contract-detrimental reliance, (3) actual fraud, (4) breach of written contract, (5) actual fraud, (6) intentional interference with economic relationship, (7) declaratory relief regarding written contract, and (8) declaratory relief regarding oral contract. Doc. 25. The parties appended a copy of the amended complaint to the stipulation.

The Court hereby ORDERS that, pursuant to the parties' stipulation, Plaintiff may file its second amended complaint in the form appended to the stipulation.

DATED: 3/15/2013                         /s/ SANDRA M. SNYDER
                                         UNITED STATES MAGISTRATE JUDGE