1  Matthew W. Quall, #183759
   mquall@quallcardot.com
2  Quall Cardot LLP
   205 East River Park Circle, Suite 110
3  Fresno, CA 93720
   Telephone: (559) 418-0333
4  Facsimile: (559) 418-0330

5  Attorneys for Defendants AGNES BORCHERT, ROBERT C. BORCHERT,
   RAFAEL ANTONIO FEMATT, and MADISON ONE HOLDINGS LLC

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  BECO DAIRY AUTOMATION, INC.,            Case No. 1:12-CV-01310

11              Plaintiff,                  **STIPULATION AND ORDER
                                            TO EXTEND THE DEADLINE TO FILE
12     v.                                   A RESPONSIVE PLEADING**

13  GLOBAL TECH SYSTEMS, INC., and DOES 1   **[L.R. 144(a)]**
    to 50,
14
                Defendant.
15
    _____
16  GLOBAL TECH SYSTEMS, INC., a New
    Mexico corporation,
17
                Counter-Claimant,
18
       v.
19
    BECO DAIRY AUTOMATION, INC., a
20  California corporation, and STAN BROWN, an
    individual,
21
                Counter-Defendants.
22  _____
    STAN BROWN, individually and as a
23  shareholder of GLOBAL TECH SYSTEMS,
    INC.,
24
                Cross-Complainant/Counter-Claimant,
25
       v.
26
    GLOBAL TECH SYSTEMS, INC., ROBERT C.
27  BORCHERT, AGNES BORCHERT, RAFAEL
    ANTONIO FEMATT, and MADISON ONE
    HOLDINGS, LLC,
28
                Cross-Defendants/ Counter-Defendants

                                    1

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES MAGISTRATE JUDGE:

Cross-Defendants ROBERT C. BORCHERT, AGNES BORCHERT, RAFAEL ANTONIO FEMATT, and MADISON ONE HOLDINGS, LLC (collectively, "Cross-Defendants"), and Cross-Complainant, STAN BROWN, individually and as a shareholder of GLOBAL TECH SYSTEMS, INC., ("Cross-Complainant"), by and through their respective counsel, hereby agree and stipulate, subject to approval of the Court, to extend the deadline for filing a responsive pleading to Stan Brown's Cross-Complaint from December 28, 2015, up to January 25, 2016, in light of the following:

**RECITALS**

WHEREAS, Cross-Complainant filed a Cross-Complaint for Damages (the "Cross-Complaint") on November 6, 2015, in United Stated District Court, Eastern District of California, Case No. 1:12-cv-01310.

WHEREAS, a Summons in a Civil Case was issued in the above-referenced action on November 6, 2015 (the "Summons").

WHEREAS, Cross-Defendants were served with a copy of the Cross-Complaint and Summons at various times between November 10, 2015 and November 16, 2015.

WHEREAS, Cross-Defendants retained counsel on November 30, 2015;

WHEREAS, Cross-Defendants were required to file a responsive pleading between December 1, 2015 and December 7, 2015.

WHEREAS, counsel for Cross-Complainant and counsel for Cross-Defendants agreed that in light of the recent engagement of counsel, coupled with counsel having just finished a four-week trial in Merced County and an impending week-long arbitration, Cross-Complainant would extend the time for Cross-Defendants to file a responsive pleading by less than twenty eight (28) days, thereby extending that time for Cross-Defendants to file a responsive pleading to on or before December 28, 2015.

WHEREAS, Cross-Defendants' counsel has been lead counsel on a four-week trial in Merced County and a one-week arbitration in Fresno during the months of November and December. Phase I of the arbitration concluded on Monday, December 15, 2015. With closing

briefs due the week of December 22nd for the trial in Merced, coupled with the upcoming holidays, Cross-Defendants' counsel will be not be able to meaningfully come up to speed on the matter in time to draft responsive pleadings by the previously extended filing deadline.

WHEREAS, with the Court's approval, counsel for Cross-Complainant and counsel for Cross-Defendants have agreed to further extend the time for Cross-Defendants to file a responsive pleading by an additional twenty eight (28) days, thereby extending the time for Cross-Defendants to file a responsive pleading to on or before January 25, 2016.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Cross-Complainant and Cross-Defendants as follows:

1.    The time by which Cross-Defendants have to file a responsive pleading is extended to on or before January 25, 2016.

**IT IS SO STIPULATED**.


Dated: December 22, 2015                    By: ___/s/ Matthew W. Quall_____
                                                          Matthew W. Quall
                                                          Attorneys for Cross-Defendants
                                                          AGNES BORCHERT, ROBERT C.
                                                          BORCHERT, RAFAEL ANTONIO
                                                          FEMATT, and MADISON
                                                          ONE HOLDINGS LLC


Dated: December 22, 2015                    By: ___/s/  Howard A. Sagaser_____
                                                          Howard A. Sagaser
                                                          Attorneys for Cross-Complainant STAN
                                                          BROWN, individually and as a shareholder
                                                          of GLOBAL TECH SYSTEMS,

**ORDER**

Pursuant to stipulation and good cause having been show, IT IS SO ORDERED:

1.      The time for Cross- Defendants to file an Amended Answer shall be extended to on or before January 25, 2016.

IT IS SO ORDERED.

Dated:    __**December 23, 2015**__              ____**/s/ Sandra M. Snyder**____
                                                                UNITED STATES MAGISTRATE JUDGE