Michael A. Dias, SBN 183705
DIAS LAW FIRM, INC.
502 West Grangeville Blvd.
Hanford, California 93230
Telephone: (559) 585-7330
Facsimile: (559) 585-7335

Steven D. McGee SBN 71886
Stephanie Hamilton Borchers SBN 192172
Marcus N. DiBuduo SBN 258684
DOWLING AARON INCORPORATED
8080 North Palm Ave., Third Floor
Fresno, California 93711
Telephone: (559) 432-4500
Facsimile: (559) 432-4590

Attorneys for Plaintiff BECO Dairy Automation, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECO DAIRY AUTOMATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL TECH SYSTEMS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 1:12-CV-01310-LJO-SMS<br><br>**STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>**Date:** June 22, 2016<br>**Time:** 3:00 p.m.<br>**Ctrm:** 1 – 8th Floor |

On March 11, 2016, this Court entered an Order Setting Mandatory Scheduling Conference pursuant to Federal Rule of Civil Procedure, Rule 26. Because of scheduling issues involving one or more attorneys for Plaintiff, Beco Dairy Automation, Inc., the parties have agreed to continue the court ordered Mandatory Scheduling Conference from its presently scheduled date of April 27, 2016, to June 22, 2016, at 3:00 p.m. in Courtroom 1 of the above-entitled Court.

1 Therefore, it is hereby stipulated and agreed by and between the parties hereto through their respective counsel of record that the April 27, 2016, Mandatory Scheduling Conference be continued from April 27, 2016, to June 22, 2016, at 3:00 p.m. in Courtroom 1.

Dated:  April 11, 2016    DIAS LAW FIRM, INC.

/s/ Michael A. Dias
MICHAEL A. DIAS

Dated:  April 11, 2016    DOWLING AARON INCORPORATED

/s/ Steven D. McGee
STEVEN D. MCGEE

ATTORNEYS FOR PLAINTIFF
BECO DAIRY AUTOMATION, INC.

Dated:  April 11, 2016    McCORMICK, BARSTOW, SHEPPARD,
                          WAYTE & CARRUTH LLP

/s/ Gregory S. Mason
GREGORY S. MASON
TIMOTHY J. BUCHANAN

Dated:  April 11, 2016    BAKER BOTTS LLP

/s/ Samir A. Bhavsar
SAMIR A. BHAVSAR
BRIAN D. JOHNSTON

ATTORNEYS FOR DEFENDANT
GLOBAL TECH SYSTEMS, INC.

///

///

///

| | | |
|---|---|---|
| 1 | Dated:  April 11, 2016 | SAGASER, WATKINS & WIELAND, PC |

                                          /s/ Howard A. Sagaser
                                          HOWARD A. SAGASER

                                          ATTORNEYS FOR STAN BROWN

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 12, 2016              /s/ SANDRA M. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE

017500-000002-01945998.DOCX-1