McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gregory S. Mason, #148997
  *greg.mason@mccormickbarstow.com*
Timothy J. Buchanan, #1004090
  *tim.buchanan@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Baker Botts LLP
Samir A. Bhavsar (*admitted pro hac vice*)
  *samir.bhavsar@bakerbotts.com*
Brian D. Johnston (*admitted pro hac vice*)
  *brian.johnston@bakerbotts.com*
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 953-6500
Facsimile:   (214) 953-6503

Attorneys for Defendant, Counter-Plaintiff
and Counterclaim Defendant GLOBAL TECH
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BECO DAIRY AUTOMATION, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>GLOBAL TECH SYSTEMS, INC. and DOES 1 to 50,<br><br>                Defendants. | Case No. 1:12-cv-1310-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION BY BECO DAIRY AUTOMATION, INC. FOR A PROTECTIVE ORDER**<br><br>(Doc. 171) |

The parties to this action, through their counsel, hereby stipulate that the hearing on the motion for a protective order filed by BECO DAIRY AUTOMATION, INC. (Doc. No. 171), presently set for hearing on November 16, 2016, at 9:30 a.m. in Courtroom 7, be continued one week to November 23, 2016, at 9:30 a.m. in Courtroom 7, if the Court is then available to hear the motion.

///

This stipulation is presented in good faith to permit further discussions that may resolve issues presented by the motion, and not for any purpose of delay.

Respectfully submitted,

Dated: November 2, 2016            McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Timothy J. Buchanan*
Gregory S. Mason
Timothy J. Buchanan
Attorneys for Defendant, Counter-Plaintiff and Counterclaim Defendant GLOBAL TECH SYSTEMS, INC.

Dated: November 2, 2016            DOWLING AARON INCORPORATED

By: */s/ Micah Nilsson  (as authorized on 11/2/16)*
Steven D. McGee
Micah K. Nilsson
Marcus N. DiBuduo
Attorneys for Plaintiff
BECO DAIRY AUTOMATION, INC.

## **ORDER**

Based on the parties' above stipulation, and for good cause shown, the Court hereby CONTINUES the hearing on Plaintiff's Motion for Protective Order (Doc. 171) to November 23, 2016, at 9:30 a.m., in Courtroom 7, before the Honorable Sheila K. Oberto, United States Magistrate Judge.

IT IS SO ORDERED.

Dated:   **November 4, 2016**            /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE