# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECO DAIRY AUTOMATION, INC., | Case No. 1:12-cv-1310-LJO-SKO |
| Plaintiff, | **ORDER CONTINUING HEARING** |
| v. | (Doc. 175) |
| GLOBAL TECH SYSTEMS, INC. and DOES 1 to 50, | |
| Defendant. | |

Before the Court is the parties' joint Stipulation to Continue Hearing Date on Motion by Beco Dairy Automation, Inc. for a Protective Order and to Extend the Deadline for Claim Construction Exchanges, in which the parties request to continue the hearing regarding "the motion for a protective order filed by [Plaintiff]" to November 30, 2016. (Doc. 175.) For good cause shown, the Court GRANTS this request. Accordingly, the Court CONTINUES the hearing regarding Plaintiff's Notice of Motion and Motion for Protective Order, (Doc. 171), from November 23, 2016 to **November 30, 2016 at 10:30 a.m.**

IT IS SO ORDERED.

Dated:   **November 8, 2016**          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

2