McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gregory S. Mason, #148997
  *greg.mason@mccormickbarstow.com*
Timothy J. Buchanan, #1004090
  *tim.buchanan@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Baker Botts LLP
Samir A. Bhavsar (*admitted pro hac vice*)
  *samir.bhavsar@bakerbotts.com*
Brian D. Johnston (*admitted pro hac vice*)
  *brian.johnston@bakerbotts.com*
2001 Ross Avenue
Dallas, Texas 75201
Telephone:   (214) 953-6500
Facsimile:    (214) 953-6503

Attorneys for Defendant, Counter-Plaintiff
and Counterclaim Defendant GLOBAL TECH
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BECO DAIRY AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL TECH SYSTEMS, INC. and DOES 1 to 50, <br><br> Defendants. | Case No. 1:12-cv-1310-LJO-SKO <br><br> **STIPULATION TO CONTINUE HEARING DATE ON MOTION BY BECO DAIRY AUTOMATION, INC. FOR A PROTECTIVE ORDER; ORDER** <br><br> Date:   November 30, 2016 <br> Time:   9:30 a.m. <br> Courtroom: 7 (Hon. Sheila K. Oberto) <br> Trial Date:  July 10, 2018 |

The parties to this action, through their counsel, hereby stipulate that the hearing on the motion for a protective order filed by BECO DAIRY AUTOMATION, INC. (Doc. No. 171), presently set for hearing on November 30, 2016, at 9:30 a.m. in Courtroom 7, be continued two weeks to December 14, 2016, at 9:30 a.m. in Courtroom 7, if the Court is then available to hear the motion.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION TO CONTINUE HEARING DATE ON MOTION BY BECO DAIRY AUTOMATION, INC. FOR A PROTECTIVE ORDER; ORDER

This stipulation is presented in good faith to permit further discussions that may resolve issues presented by the motion, and not for any purpose of delay.

Respectfully submitted,

Dated: November 15, 2016          McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Timothy J. Buchanan*
Gregory S. Mason
Timothy J. Buchanan
Attorneys for Defendant, Counter-Plaintiff and Counterclaim Defendant
GLOBAL TECH SYSTEMS, INC.

Dated: November 15, 2016          DOWLING AARON INCORPORATED

By: */s/ Micah K. Nilsson*
Steven D. McGee
Micah K. Nilsson
Marcus N. DiBuduo
Attorneys for Plaintiff
BECO DAIRY AUTOMATION, INC.

**ORDER**

Based on the parties' above-stipulation, and for good cause shown, the Court GRANTS the parties' request and hereby CONTINUES the hearing on Plaintiff BECO Dairy Automation, Inc.'s Notice of Motion and Motion for Protective Order (Doc. 171) from November 30, 2016 to **December 14, 2016 at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  **November 15, 2016**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION TO CONTINUE HEARING DATE ON MOTION BY BECO DAIRY AUTOMATION, INC. FOR A PROTECTIVE ORDER; ORDER